# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-10-106-F |
| ) | |
| ANDREW L. ROBINSON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The court is in receipt of a typewritten letter purportedly from defendant, Andrew L. Robinson. Doc. no. 100. The letter asks for "Sentence Reduction or Compassionate Release" based upon the "COVID-19 virus." *Id.* It appears the letter is seeking a sentence reduction for defendant under 28 U.S.C. § 3582(c)(1)(A).

Section 3582(c)(1)(A) permits the court, "upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier," to reduce a term of imprisonment, after considering the factors set forth in 18 U.S.C. § 3553(a), if it finds that "extraordinary and compelling reasons warrant such a reduction." The letter states that an email was sent to the warden requesting home confinement or compassionate release on April 9, 2020 and no response has been made by the warden.

Upon review, the court declines to construe the typewritten letter as a "motion of the defendant" under section 3582(c)(1)(A), thereby triggering a response to the motion by the government. The typewritten letter is not signed by defendant. With

no signature by defendant, the court cannot conclude that the relief sought is actually requested by defendant.

Accordingly, the typewritten letter purportedly seeking a sentence reduction under 18 U.S.C. § 3582(c)(1)(A) for defendant, Andrew L. Robinson, is **STRICKEN** for lack of signature by defendant.

IT IS SO ORDERED this 3rd day of June, 2020.

/s/ Stephen P. Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0106p019.docx